IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

1) DAVID SCOTT YARNALL 548973
   PLAINTIFF
   SUSSEX CORRECTIONAL INSTITUTION
   P.O. BOX 500
   GEORGETOWN DE 19947

           VS

1) PFC BUCHERT 1065 2
   DEFENDANT



06-529
CASE NUMBER
TO BE ASSIGNED BY U.S. DISTRICT COURT

CIVIL COMPLAINT

(✓) JURY TRIAL REQUESTED

I. PREVIOUS LAWSUITS

A. IF YOU HAVE FILED ANY OTHER LAWSUITS FEDERAL COURT WHILE A PRISONER, PLEASE LIST THE CAPTION AND CASE NUMBER INCLUDING YEAR, AS WELL AS THE NAME OF THE JUDICIAL OFFICER TO WHOM IT AWAS ASSIGNED:

DAVID SCOTT YARNALL VS CORPORAL ANTHONY MENDEZ ET AL OF THE DELAWARE STATE POLICE, TROOP 7 / 7-05-05
   THE HONORABLE JUDGE SUE L. ROBINSON
       CASE NO. 05-527-SLR

II EXHAUSTION OF ADMINISTRATIVE REMEDIES (DOES NOT APPLY)

III DEFENDANTS
   1. NAME OF DEFENDANT: PFC BUCHERT 1065 2
      EMPLOYED AS A POLICE OFFICER AT MILLSBORO POLICE DEPT.
      MAILING ADDRESS WITH ZIP CODE: 307 MAIN ST MILLSBORO 19966

IV. STATEMENT OF CLAIM

1. I, DAVID SCOTT YARNALL, WAS VIOLATED BY PFC. BUCHERT 1065 2 FAILURE TO PREVENT THE USE OF EXCESSIVE FORCE BY MILLSBORO POLICE OFFICER PTLM LOWE 10732 001 IN SUSSEX COUNTY, DE ON THE NIGHT OF WEDNESDAY, MAY 11TH 2005 AT APPROX. 2137 HRS. PFC BUCHERT 1065 2 STATED IN HIS POLICE REPORT THAT I, DSY, WAS STILL FIGHTING AND STRUGGLING WITH CPL MENDEZ AND PTLM LOWE GAVE ME COMMANDS TO STOP AND WHEN HE DID NOT, HE GAVE THE SUBJECT A DRY STUN WITH THE TASER. CLEARLY, ANYBODY CAN SEE IN VIDEO 7SP 6345/TAPE 7-218 THAT I WAS ATTACKED BY PTLM LOWE ALL THE WHILE I'M CALM ON THE HOOD. I WAS HARRASSED, THREATENED, HIT IN THE BACK OF THE NECK WITH HEAD INJURIES. BUCHERT STATES IN HIS POLICE REPORT THAT "WE ATTEMPTED TO KEEP HIM THERE", WHEN PFC BUCHERT CAN BE CLEARLY SEEN IN VIDEO JUST STANDING AROUND DOING NOTHING. PFC BUCHERT'S POLICE REPORT DOESN'T MATCH WITH (VIDEO 7SP6345/TAPE 7-21)

V. RELIEF

1. I, DAVID SCOTT YARNALL AM ASKING THE COURT TO FIRE PFC BUCHERT 1065 2 FROM MILLSBORO POLICE DEPT.

2. I, DAVID SCOTT YARNALL AM SEEKING 1 MILLION DOLLARS - NOMINAL, COMPENSATORY, PUNITIVE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS 20 DAY OF AUGUST, '06.

## CERTIFICATE OF SERVICE

I, DAVID SCOTT YARNALL, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION UPON THE FOLLOWING PARTY, ON THE 19 DAY OF AUGUST 2006.

_____

_____

8 _____

WILMINGTON, DE 19801

DATED 8/19/06

I/M: DAVIS S. VARNALL  BLDG: Hu1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1686   U.S. POSTAGE   PB 2230370
7926   $01.110   AUG 24 06
8867             19947

OFFICE OF THE CLERK
U.S. DISTRICT COURT
820 N. KING ST LOCKBOX 18
WILMINGTON DE 19801